United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND; BAY AREA PAINTERS AND TAPERS HEALTH FUND; BAY AREA PAINTERS AND TAPERS BENEFICIAL AND HOLIDAY FUND; BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS; AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AND DAVID AYALA, as trustees; DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>     Plaintiffs,<br><br>  v.<br><br>NEHEMIAH BROWN JR.,<br><br>     Defendant. | No. C 04-04390 WHA<br><br>**ORDER APPROVING ISSUANCE OF WRIT OF EXECUTION** |

Plaintiffs request issuance of a new writ of execution. In an accompanying declaration, plaintiffs' counsel stated that they no longer seek the full amount to which they were entitled under the amended judgment. They acknowledge that the additional $58,813.73 added to the judgment on June 2, 2005, was more than they deserved. They state that the proper amount to add was just $13,426.70. After accounting for this change, amounts received and post-judgment interest, plaintiffs' counsel stated that they were owed $10,591.82 as of March 23, 2006, and request a writ for that amount.

The **CLERK SHALL ISSUE A WRIT FOR THE AMOUNT OF $10,591.82**.  Post-judgment interest will accrue until the judgment is satisfied.

**IT IS SO ORDERED.**

Dated: March 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE